**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Laith Saud

                      Plaintiff,

v.                                                   Case No.: 1:19–cv–03945
                                                      Honorable Robert M. Dow Jr.

DePaul University, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 20, 2021:

      MINUTE entry before the Honorable Sunil R. Harjani: Notice of motion [89] is stricken. Briefing schedule set in entry no. [91] stands. Appearance not required on 8/24/2021. Mailed notice(lxs, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.