**IN THE FEDERAL DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| LAITH SAUD, | |
| Plaintiff, | Case No.: 1:19-cv-3945 |
| v. | |
| DEPAUL UNIVERSITY | Hon. Judge Robert M. Dow, Jr. |
| Defendant. | Hon. Magistrate Judge Susan E. Cox |

**PLAINTIFF'S SELECTION OF 25 SAMPLES FROM
DEFENDANT'S PRIVILEGE LOG**

PLEASE TAKE NOTICE that, pursuant to the Court's September 23, 2021 Order (Dkt 101) requesting Plaintiff select 25 entry samples from Defendant's Privilege Log ("P.L") for *in camera* review, Plaintiff Laith Saud, through undersigned counsel, submits the following twenty-five (25) entry samples for *in camera* review:

1. P.L. Entry 3
2. P.L. Entry 27
3. P.L. Entry 31
4. P.L. Entry 47
5. P.L. Entry 50
6. P.L. Entry 52
7. P.L. Entry 59
8. P.L. Entry 63
9. P.L. Entry 89
10. P.L. Entry 101
11. P.L. Entry 103
12. P.L. Entry 104
13. P.L. Entry 107
14. P.L. Entry 110
15. P.L. Entry 149
16. P.L. Entry 164
17. P.L. Entry 180
18. P.L. Entry 184
19. P.L. Entry 188

20. P.L. Entry 192
21. P.L. Entry 203
22. P.L. Entry 209
23. P.L. Entry 219
24. P.L. Entry 241
25. P.L. Entry 251

Dated September 28, 2021

/s/Christina Abraham

Christina Abraham
Attorney for the Plaintiff

Attorney No. 6298946
Christina Abraham, Esq.
Abraham Law & Consulting, LLC
161 N. Clark Street, Suite 1600
312-588-7150

## Certificate of Service

The undersigned attorney hereby certifies that she caused a copy of **Plaintiff's Selection of 25 Samples from Defendant's Privilege Log** to be served upon the following parties listed below, via the Northern District of Illinois Electronic Case Management System to all parties registered for electronic service on September 28, 2021.

/s/Christina Abraham

Christina Abraham
Attorney for the Plaintiff

Attorney No. 6298946
Christina Abraham, Esq.
Abraham Law & Consulting, LLC
161 N. Clark Street, Suite 1600
312-588-7150