IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Saud<br><br>Plaintiff(s),<br><br>v.<br><br>Maryville Academy<br><br>Defendant(s). | Case No. 19cv3945<br>Judge Robert M. Dow |

## ORDER

Upon review of the parties' joint status report [138], the Court adopts the parties' proposed briefing schedule for their anticipated cross-motions for summary judgment: Deadline to file dispositive motions: June 3, 2022. deadline to file responses to dispositive motions: July 15, 2022; deadline to file replies in support of dispositive motions: August 6, 2022.

Date: 4/18/2022                                                            /s/ Judge Dow