## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Laith Saud

Plaintiff,

v.                                                Case No.: 1:19−cv−03945
                                                  Honorable Robert M. Dow Jr.

DePaul University, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 7, 2022:

     MINUTE entry before the Honorable Robert M. Dow, Jr: Plaintiff's motion to accept late filing [169] is granted. Parties' motions to seal documents [158, 162] are granted. Cross−motions for summary judgment [145, 160] are taken under advisement and will be briefed according to the previously set schedule [see 139]. Notice of motion date of 6/8/2022 is stricken and no appearances are necessary on that date. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.