# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Laith Saud

                Plaintiff,

v.                                                           Case No.: 1:19−cv−03945
                                                                      Honorable Joan B. Gottschall

DePaul University, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 29, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter order granting defendant's motion [229] to strike plaintiff's Local Rule 56.1 fact statement [226−1] in support of his renewed motion for summary judgment. In accordance with the order, plaintiff's amended Local Rule 56.1 fact statement is due on or before 7/14/2023. If he wishes, plaintiff may also file an amended memorandum of law in support of his motion for summary judgment on or before 7/14/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.