# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Laith Saud

                    Plaintiff,

v.                                                   Case No.: 1:19−cv−03945
                                                  Honorable Joan B. Gottschall

DePaul University, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 19, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's motion [244] for leave to file under seal his amended Local Rule 56.1(a)(2) statement [243] of material facts is granted. Mailed notice(smm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.