UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
GENERAL ORDER 24-0008

IT APPEARING THAT, the civil cases on the attached list have been selected for reassignment to form the initial calendar of the Honorable Sunil R. Harjani; therefore

IT IS HEREBY ORDERED that the attached list of 290 cases be reassigned to the Honorable Sunil R. Harjani; and

IT IS FURTHER ORDERED that all parties affected by this Order must review the Honorable Sunil R. Harjani's webpage on the Court's website for the purpose of reviewing instructions regarding scheduling and case management procedures; and

IT IS FURTHER ORDERED that any civil case that has been reassigned pursuant to this Order will not be randomly reassigned to create the initial calendar of a new district judge for twelve months from the date of this Order; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Sunil R. Harjani to the Court's civil case assignment system during the next business day, so that he shall receive a full share of such cases; and

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Honorable Sunil R. Harjani to the Court's criminal case assignment system ninety (90) days so that Judge Harjani shall thereafter receive a full share of such cases.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
Hon. Rebecca R. Pallmeyer, Chief Judge

Dated at Chicago, Illinois this 2nd day of April, 2024

## Civil Cases Reassigned from Judge Alonso

| | |
|---|---|
| 1:21-cv-06663 | Daoud v. City of Chicago, The et al |
| 1:22-cv-00303 | United States of America et al v. Heritage-Crystal Clean, LLC |
| 1:22-cv-05939 | SEIU Local 1 & Participating Employers Health Trust et al v. G4S Secure Solutions (USA) Inc. |
| 1:22-cv-06151 | Gaines v. Instant Brands, Inc. |
| 1:23-cv-02978 | Level-1 Global Solutions LLC v. Presidio Networked Solutions Group, LLC |
| 1:23-cv-03339 | Gayles v. Miller Transportation, Inc. et al |
| 1:23-cv-05054 | Teamsters Local 786 v. Ozinga Chicago Ready Mix Concrete, Inc. |
| 1:23-cv-06555 | Dros v. Wexford Health Sources Inc. et al |
| 1:24-cv-00096 | Howard Robinson v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-01229 | M&N Trading LLC v. BofA Securities, Inc. et al |
| 1:24-cv-02072 | Buyck-Phipps v. Equifax Information Services LLC |

## Civil Cases Reassigned from Judge Blakey

| | |
|---|---|
| 1:19-cv-07477 | Doe v. Thornton Township High School District 205 et al |
| 1:19-cv-08253 | Nadeem v. Viscosity Oil Company |
| 1:21-cv-05088 | Newman v. City of Chicago et al |
| 1:22-cv-02926 | Dean v. EYM Pizza of Illinois, LLC, et al |
| 1:22-cv-05567 | Caparelli-Ruff v. Board of Education of East Aurora School District 131 et al |
| 1:23-cv-01664 | International Union of Operating Engineers, Local 150, AFL-CIO v. A & H Paving, Inc., an Illinois corporation |
| 1:23-cv-03814 | Claveria et al v. Xiaomi, Inc. |
| 1:23-cv-16046 | Schenk v. Idelburg et al |
| 1:24-cv-00009 | Gadson et al v. Nova Lines, Inc. |
| 1:24-cv-00932 | Trustees of the Line Construction Benefit Fund v. The Bartech Group of Illinois, Inc. |
| 1:24-cv-01923 | Stryker et al v. FCA US LLC et al |

## Civil Cases Reassigned from Judge Bucklo

| | |
|---|---|
| 1:14-cv-08511 | Purohit et al v. The Laynie Foundation, Inc. et al |
| 1:21-cv-04683 | Rancifer et al v. Consolidated Electrical Distributors, Inc. |
| 1:22-cv-03108 | Walker v. Pilot Travel Centers, LLC |
| 1:23-cv-01002 | Carpenter v. Bennett Truck Transport LLC |
| 1:23-cv-02827 | Lane v. Conway |
| 1:23-cv-05010 | Jones-Redmond v. Thornton Fractional Township H.S. Dist. 215 et al |
| 1:23-cv-06150 | Mortensen v. Arrowood et al |
| 1:23-cv-14937 | Berry v. Richard et al |
| 1:23-cv-16703 | Shenzhen Yihong Lighting Co., Ltd. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-00088 | Leatherman Tool Group, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-01125 | SheerTrans Solutions, LLC v. ATL Transport USA, LLC |

## Civil Cases Reassigned from Judge Chang

| | |
|---|---|
| 1:18-cv-06975 | Calloway et al v. AT&T Corp. et al |
| 1:20-cv-01406 | Pass v. Brannon |
| 1:21-cv-00093 | Riley v. Williams et al |
| 1:22-cv-00109 | Hernandez v. Omnitracs, LLC |
| 1:22-cv-00971 | Gaines v. Dart et al |

| | |
|---|---|
| 1:22-cv-03615 | Hoekstra v. Ford Motor Co. |
| 1:22-cv-07332 | Alamilla v. Stagecoach Leasing Inc. et al |
| 1:23-cv-02358 | Braescu v. Huntington National Bank |
| 1:23-cv-04666 | Maier v. Universal Beauty Products, Inc. et al |
| 1:23-cv-14021 | Equal Employment Opportunity Commission v. United Parcel Service |
| 1:23-cv-15455 | John Doe v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Coleman

| | |
|---|---|
| 1:20-cv-07447 | Brown et al v. Jeffreys et al |
| 1:21-cv-00783 | King v. Dart et al |
| 1:22-cv-04617 | Kennebrew v. Dr. Davis |
| 1:22-cv-04883 | Brown v. The American Bottling Company |
| 1:23-cv-01125 | BCH5036, LLC v. Sheridan Mazel, LLC et al |
| 1:23-cv-04135 | Enlow v. Hopkins #U10 et al |
| 1:23-cv-13141 | Willingham v. Illinois Central School Bus LLC |
| 1:23-cv-15720 | U.S. Bank National Association v. M & M Carrier Trucking Inc. et al |
| 1:24-cv-00271 | Dyson v. Stevens et al |
| 1:24-cv-01066 | DCSTAR, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule A |
| 1:24-cv-01999 | Pit Viper, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Cummings

| | |
|---|---|
| 1:23-cv-15628 | Shen Zhen Wo Nuo De Zhi Neng Ji Shu You Xian Gong Si v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-15988 | Gerald J. Lofaro v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-16536 | Cernat v. Jaddou et al |
| 1:23-cv-16802 | E-Link Plastic & Metal Industrial Co., Ltd. |
| 1:24-cv-00045 | DeJesus Colon v. Louden et al |
| 1:24-cv-00299 | Mazgaj v. Streeterville Artmed, LLC |
| 1:24-cv-00521 | Wind Energy Transport LLC v. All Girls Transportation & Logistics, Inc. et al |
| 1:24-cv-01174 | Roadget Business Pte. Ltd. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto |
| 1:24-cv-01482 | Firestone Financial, LLC v. Key Carrier Group, Co. et al |
| 1:24-cv-01631 | Strike 3 Holdings, LLC v. DOE subscriber assigned IP address: 73.210.212.160 |
| 1:24-cv-02024 | GMR Safety, Inc. v. Systems, LLC |

## Civil Cases Reassigned from Judge Daniel

| | |
|---|---|
| 1:23-cv-06444 | Johnson v. Alliance Ground International, LLC |
| 1:23-cv-15400 | Ryan v. Board of Education of Lake Bluff School District No. 65 et al |
| 1:23-cv-16970 | Hernandez v. Dart et al |
| 1:23-cv-05012 | Creative Panel Systems, Inc. v. Harleysville Preferred Insurance Company |
| 1:23-cv-05563 | Legendary Pictures Funding, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-15212 | Wright v. City of Chicago |
| 1:23-cv-16652 | Reed v. The Schaumburg Police Department et al |
| 1:24-cv-00541 | Bivens v. Thorstad et al |
| 1:24-cv-00738 | Jones v. Swipejobs, LLC et al |

| | |
|---|---|
| 1:24-cv-01527 | McCray v. Experian Information Solutions, Inc. et al |
| 1:24-cv-01759 | Chrome Hearts LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Durkin

| | |
|---|---|
| 1:20-cv-02142 | Rudolph v. United Airlines Holdings, Inc. et al |
| 1:20-cv-04095 | Tekway Inc. v. AT&T Services, Inc. |
| 1:21-cv-02850 | Garcia et al v. Martinez, Star #19512 et al |
| 1:21-cv-04609 | 24-7 Bright Star Healthcare, LLC v. Res-Care, Inc. d/b/a BrightSpring Health Services |
| 1:22-cv-04551 | Regalado et al v. Gosselin Express Ltee et al |
| 1:23-cv-02129 | Mahaffey v. Illinois Marine Towing, Inc |
| 1:23-cv-04826 | Carpenters Fringe Benefit Funds of Illinois et al v. Porter Brothers Construction, Inc. |
| 1:23-cv-14836 | Lasarge v. Fastex Logistics, Inc. |
| 1:23-cv-17177 | Lubega v. Mayorkas et al |
| 1:24-cv-00507 | Cheguer v. United Airlines, Inc. |
| 1:24-cv-01591 | Weil v. ResHub Inc. |

## Civil Cases Reassigned from Judge Ellis

| | |
|---|---|
| 1:19-cv-05188 | Kailin et al v. Greer et al |
| 1:20-cv-02404 | Roberts v. Jaburek et al |
| 1:21-cv-05783 | Placht v. Argent Trust Company |
| 1:22-cv-03007 | NorGUARD Insurance Company v. MB Real Estate Services, Inc. et al |
| 1:23-cv-00899 | Lockett v. Hain et al |
| 1:23-cv-03960 | Ortega v. Highwood PD et al |
| 1:23-cv-10283 | Potash v. Target Corporation |
| 1:23-cv-15656 | Braman v. GPD Holdings, LLC et al |
| 1:23-cv-16877 | Bartlett et al v. Wallace CCSD 195 Board of Education et al |
| 1:24-cv-00637 | Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-01550 | Patel et al v. Mayorkas et al |

## Civil Cases Reassigned from Judge Gettleman

| | |
|---|---|
| 1:22-cv-00952 | Sledz v. Platt et al |
| 1:22-cv-02342 | Guaranteed Rate, Inc. v. Rorvig et al |
| 1:22-cv-03318 | Daichendt et al v. CVS Pharmacy, Inc. |
| 1:23-cv-04634 | Wilde v. EPS US, LLC |
| 1:23-cv-04889 | Lauber v. Equifax Information Services, LLC |
| 1:23-cv-05670 | Williams v. Dolton et al |
| 1:23-cv-15893 | Trustees of the Mid-America Carpenters Regional Council Health Fund et al v. ELC Installation Company et al |
| 1:23-cv-16146 | Certain Underwriters at Lloyd's of London et al v. Surgrade Solutions LLC, et al |
| 1:23-cv-16195 | Hung Infrastructure Ltd. f/k/a Mamoru Mining Ltd. v. Blockware Mining, Inc. |
| 1:24-cv-00417 | TNEK, INC. v. Supplybit LLC |
| 1:24-cv-00474 | Awad v. Garland et al |

## Civil Cases Reassigned from Judge Gottschall

| | |
|---|---|
| 1:19-cv-03945 | Saud v. DePaul University et al |
| 1:22-cv-04789 | Experiential Systems, Inc. v. Reddish |
| 1:23-cv-05945 | Williams v. Tessmann et al |
| 1:23-cv-16089 | Portis v. Whiting |

| | |
|---|---|
| 1:24-cv-01146 | Collegiate Licensing Company, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A |

### Civil Cases Reassigned from Judge Hunt

| | |
|---|---|
| 1:23-cv-04261 | Webster Capital Finance, Inc. v. DD Truck & Trailer Leasing LLC et al |
| 1:23-cv-04731 | Travco Insurance Company v. Crimo, Jr. et al |
| 1:23-cv-15042 | Stokes v. Villa Park Police Department et al |
| 1:23-cv-15290 | Cohen et al v. Mayorkas et al |
| 1:23-cv-16290 | Hoddenbach v. Tack |
| 1:23-cv-16661 | Tritoncap, LLC v. National Bank Holdings Corporation et al |
| 1:24-cv-00138 | Atari Interactive, Inc. v. The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint |
| 1:24-cv-00609 | Bastos v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-01369 | Andrey Prokhorov v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-01595 | Tambroni et al v. WellNow Urgent Care, P.C. et al |
| 1:24-cv-01745 | Ramos v. TCL North America, Inc. |

### Civil Cases Reassigned from Judge Jenkins

| | |
|---|---|
| 1:20-cv-03765 | Sparks v. Michalski et al |
| 1:20-cv-05341 | Bernard v. Illinois Department of Corrections et al |
| 1:21-cv-03976 | Mata v. Deslauriers, Inc |
| 1:22-cv-01408 | Hanafin et al v. General Motors Company |
| 1:22-cv-05893 | White v. City Of Chicago et al |
| 1:23-cv-02706 | Didjurgis v. Unique Insurance Company |
| 1:23-cv-06116 | Pension Fund of Cement Masons' Union Local No. 502 et al v. Aztec Cement Company Inc. et al |
| 1:23-cv-15645 | Sauer v. Life Storage |
| 1:24-cv-00066 | Norwood v. Caro Partner Network Inc. |
| 1:24-cv-00859 | Smyth v. Daniels et al |
| 1:24-cv-01814 | Willis v. Chex Systems, Inc. |

### Civil Cases Reassigned from Judge Kendall

| | |
|---|---|
| 1:19-cv-08318 | IN RE TURKEY ANTITRUST LITIGATION |
|     1:20-cv-02295 | Sandee's Catering v. Agri Stats, Inc. et al |
|     1:21-cv-03551 | Olean Wholesale Grocery Cooperative Inc et al v. Agri Stats Inc et al |
|     1:21-cv-03763 | Agri Stats Inc., et al v. Hagens Berman Sobol Shapiro LLP, et al |
|     1:21-cv-04131 | Winn-Dixie Stores, Inc. et al v. Agri Stats, Inc. et al |
|     1:21-cv-06600 | Amory Investments LLC v. Agri Stats, Inc. et al |
|     1:23-cv-04404 | Aramark Food and Support Services Group, Inc. v Butterball LLC et al |
|     1:23-cv-16948 | Carina Ventures LLC v. Agri Stats, Inc. et al |
| 1:22-cv-01697 | Frank Hays v. Glencrest Healthcare & Rehabilitation Centre, Ltd. |
|     1:21-cv-03653 | National Fire & Marine Insurance Company v. Glencrest Healthcare & Rehabilitation Centre, Ltd. et al |
| 1:22-cv-04748 | Crawford v. Truitt et al |
| 1:22-cv-05690 | Piquion v. Amerifreight Systems LLC et al |
| 1:23-cv-00464 | Midwest Operating Engineers Welfare Fund et al v. R & W Clark Construction Inc., an Illinois corporation |
| 1:23-cv-04325 | Marshall v. Calumet City et al |
| 1:23-cv-07205 | PNC Bank, National Association v. Beli Vuk, Inc. et al |

| | |
|---|---|
| 1:23-cv-14032 | Manzella v. United States of America |
| 1:23-cv-15183 | HUDSON v. Southwest Airlines Co. |
| 1:24-cv-00961 | Mosby-Oke v. Dynamic Recovery Solutions, LLC. |
| 1:24-cv-01844 | Chicago & Vicinity Laborers District Council Pension Fund et al v. AGPD Paving LLC |

## Civil Cases Reassigned from Judge Kness

| | |
|---|---|
| 1:19-cv-01711 | Securities Exchange Commission v. River North Equity LLC et al |
| 1:20-cv-05781 | Pickering v. Wexford Health Sources, Inc et al |
| 1:21-cv-04231 | Walker v. Administrator of the Estate of Former Chicago Police Department Commander Jon Burge et al |
| 1:22-cv-02492 | Russell et al v. Illinois Tool Works, Inc. et al |
| 1:22-cv-05820 | Lewis v. Freeman et al |
| 1:23-cv-01348 | Applewhite v. Windy City Jay Truck Sales Inc |
| 1:23-cv-03526 | I.M. v. Social Security Disability |
| 1:23-cv-05656 | Titus v. Mead et al |
| 1:23-cv-14706 | Rattunde v. Scores Chicago Gentleman's Club |
| 1:23-cv-16040 | Nelson v. Wal-Mart Associates, Inc. |
| 1:23-cv-17188 | Klemp et al v. Relocation Management Group et al |
| 1:24-cv-01048 | Midwest Operating Engineers Welfare Fund et al v. Ruane Construction, Inc., an Illinois corporation et al |

## Civil Cases Reassigned from Judge Kocoras

| | |
|---|---|
| 1:20-cv-02922 | Nile v. City Of Chicago et al |
| 1:21-cv-00819 | Williams v. Kato et al |
| 1:22-cv-02531 | Williams et al v. Linerock Investments, LTD et al |
| 1:22-cv-06069 | Williams v. Village Of Hazel Crest et al |
| 1:23-cv-03337 | Bermudez et al v. The Chefs' Warehouse Midwest, LLC |
| 1:23-cv-04178 | Torres v. Menard, Inc. et al |
| 1:23-cv-13783 | Brownells, Incorporated v. Thanx Media, Inc. |
| 1:23-cv-14587 | LeBoeuf v. Coffee & Tea Bar Holdings, LLC et al |
| 1:23-cv-16489 | Lei Tang v. The Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-16817 | Jones v. USP Chicago, Inc. et al |
| 1:24-cv-01365 | Santoyo v. Oak Lawn Police Department |

## Civil Cases Reassigned from Judge Lefkow

| | |
|---|---|
| 1:18-cv-06962 | Gonzales Bracho et al v. Pro-Line Construction & Remodeling, Inc. |
| 1:21-cv-00034 | Zawlocki et al v. Partners' Tap, Inc., d/b/a Morrison Roadhouse et al |
| 1:21-cv-00824 | U.S. Bank National Association, as Trustee for the Benefit of the Holders of Comm 2014-CCRE17 Mortgage Trust Commercial Mortgage Pass Through Certificates v. 225 E. Deerpath, LLC et al |
| 1:22-cv-01684 | USA v. 2016 Lamborghini Huracan VIN:ZHWUC2ZF1GLA04413, et al |
| 1:23-cv-04903 | Cruz v. Alsip et al |
| 1:24-cv-00744 | Neuner v. Root Staff Corporation et al |

## Civil Cases Reassigned from Judge Leinenweber

| | |
|---|---|
| 1:19-cv-05260 | Aponte v. IL Worker's Compensation Commission |
| 1:21-cv-02479 | Guenther v. Harley-Davidson, Inc. et al |
| 1:21-cv-04684 | Kaplin et al v. Daniel Silvers |

| | |
|---|---|
| 1:23-cv-04645 | Baker v. Board of Education of Lyons Elementary School District 103, County of Cook, State of Illinois |
| 1:23-cv-08954 | Laura Graves v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-13879 | Riccio v. RB Health (US) LLC |

### Civil Cases Reassigned from Judge Maldonado

| | |
|---|---|
| 1:20-cv-01668 | Woods v. City of Markham |
| 1:20-cv-06485 | Redd v. Amazon.com, Inc. et al |
| 1:21-cv-03464 | Camacho v. Sabaini et al |
| 1:21-cv-04849 | Delgado v. Smithfield Packaged Meats Corp. |
| 1:22-cv-01986 | Baldwin v. The City of Chicago et al |
| 1:22-cv-06539 | Disintermediation Services, Inc. v. LiveAdmins, LLC |
| 1:23-cv-02993 | Craig v. Hughes |
| 1:23-cv-05075 | International Association of Sheet Metal, Air, Rail and Transportation Workers - Transportation Division v. Union Pacific Railroad Company |
| 1:23-cv-15260 | Briggs v. Experian Information Solutions, Inc. et al |
| 1:23-cv-16588 | Guzman v. Whole Foods Market, Inc. et al |
| 1:24-cv-00384 | Fox Head, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-01560 | Barnes v. Rogers et al |
| 1:24-cv-1610 | Barnes v. Executive Director Cook County Health and Hospital Systems et al |

### Civil Cases Reassigned from Judge Pacold

| | |
|---|---|
| 1:17-cv-01542 | Friends for Health: Supporting The North Shore Health Center et al v. PayPal, Inc. et al |
| 1:22-cv-6532 | KOL Hadash Humanistic Congregation et al v. PayPal, Inc. et al |
| 1:20-cv-01340 | Berry v. Hoeft et al |
| 1:22-cv-07175 | Mackie v. National University of Health Sciences |
| 1:23-cv-02689 | Keystone Automotive Industries, Inc. v. Repairify, Inc. |
| 1:23-cv-04185 | Henderson v. Wexford Health Source, Inc. et al |
| 1:23-cv-06627 | Herrera v. Target Corporation |
| 1:23-cv-14096 | Butler v. Defrancisco et al |
| 1:23-cv-15904 | Blackwell v. Experian Information Solutions, Inc. et al |
| 1:23-cv-16964 | Chriest v. Nutts et al |
| 1:24-cv-00752 | Mohammed v. Mayorkas et al |
| 1:24-cv-02147 | Lehman v. Instituto Del Progreso Latino et al |

### Civil Cases Reassigned from Chief Judge Pallmeyer

| | |
|---|---|
| 1:16-cv-04349 | Triplett v. Williams |
| 1:22-cv-03836 | Randle v. Rocca |
| 1:23-cv-00817 | Bonds v. Stevens et al |
| 1:23-cv-03469 | Bowdry v. Metropolitan Correction Center Health Services et al |
| 1:23-cv-05449 | Martell v. X Corp. |
| 1:23-cv-16618 | Roofers' Pension Fund et al v. D&M Service Group LLC |

### Civil Cases Reassigned from Judge Rowland

| | |
|---|---|
| 1:21-cv-01600 | Maria DiFranco, as the Independent Administrator of the Estate of Marco DiFranco v. City of Chicago, a municipal corporation |
| 1:21-cv-00643 | Marquez v. The United States of America |
| 1:22-cv-02270 | Route Guidance Systems LLC v. Exxon Mobil Corp. |

| | |
|---|---|
| 1:22-cv-02868 | Ingenus Pharmaceuticals, LLC et al v. Nexus Pharmaceuticals, Inc. |
| 1:23-cv-02871 | Third Party Subpoenas Ad Testificandum, et al v. Nexus Pharmaceuticals, Inc |
| 1:23-cv-01859 | Latipov et al v. AN Enterprise Inc et al |
| 1:23-cv-03682 | Russell v. Bogle et al |
| 1:23-cv-09711 | Maxin v. Riddle et al |
| 1:23-cv-15683 | Johnson v. Johnson et al |
| 1:23-cv-17131 | Lukes et al v. District 58 Board of Education et al |
| 1:24-cv-00891 | Strike 3 Holdings, LLC v. Doe subscriber assigned IP address: 24.12.144.236 |
| 1:24-cv-01838 | White v. MARRIOTT INTERNATIONAL, INC. |

### Civil Cases Reassigned from Judge Seeger

| | |
|---|---|
| 1:19-cv-00114 | White v. United Airlines, Inc. et al |
| 1:20-cv-07799 | Barnwell v. Williams et al |
| 1:22-cv-03403 | SHENZHEN CARKU TECHNOLOGY CO., LTD. v. Shenzhen Xinzexing E-commerce Co., Ltd. |
| 1:23-cv-03294 | Narayana v. Bank of America, N.A. et al |
| 1:23-cv-05944 | Future Eyewear Group Sweden AB v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-04614 | Runco Office Supplies Equipment Company v. Massachussets Bay Insurance Company et al |
| 1:23-cv-13987 | TV Tokyo Corporation v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-15598 | Dina Alexandrovna Earl v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-16815 | Wieczorek v. Lieberman Skilled Nursing Facility, LLC |
| 1:24-cv-00951 | Williams v. Duarte et al |
| 1:24-cv-01787 | Touchmusic Entertainment LLC v. Apple Inc, |

### Civil Cases Reassigned from Judge Shah

| | |
|---|---|
| 1:22-cv-02648 | Klun v. Farrow et al |
| 1:22-cv-05043 | Medina v. Liakopoulos et al |
| 1:22-cv-05513 | In re Abbott Laboratories Infant Formula Shareholder Derivative Litigation |
| 1:22-cv-07240 | Bridgeforth v. Nordstrom, Inc. |
| 1:23-cv-00026 | Quanzhou Minghou Trading Co. LTD. v. The Partnerships And Unincorporated Associations Identified On Schedule A, |
| 1:23-cv-03911 | Matthews v. Truitt |
| 1:23-cv-07179 | Matthews v. Bannua et al |
| 1:23-cv-10210 | Matthews v. Dart et al |
| 1:23-cv-09884 | Nelson v. Bowers et al |
| 1:23-cv-15626 | Weller v. Sagility, LLC |
| 1:23-cv-16882 | Stuckey v. Roberson et al |
| 1:24-cv-01257 | Cain v. Ojelade et al |
| 1:24-cv-01695 | Shetty v. United States Citizenship and Immigration Services et al |

### Civil Cases Reassigned from Judge Tharp

| | |
|---|---|
| 1:19-cv-03749 | Laborers' Pension Fund et al v. Blair Johnson Excavating, Inc. et al |
| 1:21-cv-02518 | Morris v. City of Chicago et al |
| 1:22-cv-02771 | Riley, et al v. Schick et al |
| 1:22-cv-07026 | Moore v. City of Chicago et al |
| 1:23-cv-02098 | Herrera v. Walmart Inc. |

| | |
|---|---|
| 1:23-cv-04633 | Trustees of the N.E.C.A.-IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds v. S&S Systems of America, Inc. et al |
| 1:23-cv-15350 | Alisan Fine Art Co. Ltd. v Entities Listed on Exhibit 1 |
| 1:23-cv-16281 | Jones v. Golub & Company Realty, LLC et al |
| 1:24-cv-01091 | Gerald J. Lofaro v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:24-cv-01559 | M.M.S. Trading, Inc. v. Priority-1, Inc., et al. |
| 1:24-cv-02100 | Phillips v. Strack et al |

## Civil Cases Reassigned from Judge Valderrama

| | |
|---|---|
| 1:19-cv-07265 | Prince v. Michienzi et al |
| 1:21-cv-02034 | Shields v. Attorney General of the State of Illinois et al |
| 1:21-cv-05852 | Cervantes v. City of Chicago |
| 1:22-cv-01999 | Tyson v. Williams et al |
| 1:22-cv-04677 | Wood v. City Of Chicago et al |
| 1:23-cv-02208 | Cohan v. Genuine Hospitality LLC by Marriott Chic Waukegan/Gurnee |
| 1:23-cv-04818 | Brown v. Walmart Inc. |
| 1:23-cv-14163 | Madden v. Amazon.com Services LLC |
| 1:23-cv-16050 | Meyer v. O'Malley |
| 1:24-cv-00083 | Walston v. National Retail Solutions, Inc. |
| 1:24-cv-01158 | Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters v. BNSF Railway Company |
| 1:24-cv-02151 | Shirley MacArthur v. The Partnerships and Unincorporated Associations Identified on Schedule A |

## Civil Cases Reassigned from Judge Wood

| | |
|---|---|
| 1:18-cv-08415 | Robinson v. Quarterman, et al |
| 1:21-cv-00305 | In re Outpatient Medical Center Employee Antitrust Litigation |
| 1:22-cv-02113 | Ellicson v. Oden Machinery, Inc. et al |
| 1:22-cv-06296 | Martin v. Ahern et al |
| 1:23-cv-02949 | Graves et al v. Board of Education Plainfield Community Consolidated District #202 et al |
| 1:23-cv-04407 | Ramirez v. First Student, Inc. |
| 1:23-cv-14260 | Securities & Exchange Commission v. Long et al |
| 1:23-cv-14961 | Fletcher et al v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-16068 | Converse Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule A |
| 1:23-cv-17146 | Pure Edge Lighting LLC v. Davide Groppi S.R.L. |
| 1:24-cv-00950 | Griffin v. Metropolitan Correctional Center MCC Chicago et al |
| 1:24-cv-01803 | Fares v. Jaddou et al |