**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Laith Saud
                     Plaintiff,

v.                                                   Case No.: 1:19−cv−03945
                                                   Honorable Lindsay C. Jenkins

DePaul University, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 6, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Defendant's motion for summary judgment [205] is granted. Plaintiff's motion for summary judgment [220] is denied. See attached Order for further details. The Clerk shall enter judgment under FRCP 58 in favor of Defendant DePaul University and against Plaintiff Laith Saud. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.